**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  05-cr-00366-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    DAVID JOSEPH BRUNELLI,

        Defendant.

_____

**ORDER**
_____

      Upon Defendant Brunelli's Motion to Adopt Testimony from June 19, 2006 Hearing, or in the Alternative, to Continue Sentencing Hearing (Doc 28 - filed June 20, 2006), and Government's response (Doc 30 - filed June 22, 2006), it is

      ORDERED that Defendant's Motion is GRANTED in part.  The testimony from the hearing held June 19, 2006 before Judge Marcia Kreiger in Case No. 05-cr-00279-MSK will be utilized for sentencing purposes in this case.  The sentencing hearing set July 7, 2006 shall proceed as scheduled.

          BY THE COURT:


            s/Lewis T. Babcock_____
          LEWIS T. BABCOCK, Chief Judge

DATED: June 26, 2006