**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  05-cr-00366-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  DAVID JOSEPH BRUNELLI,

       Defendant.
_____

**ORDER**
_____

      Upon stipulation of counsel and with the consent of Judge Marcia S. Krieger, the above case is transferred to Judge Krieger for sentencing.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    LEWIS T. BABCOCK, Chief Judge

DATED: July 7, 2006